UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | |
| | : | **VIOLATION: 18 U.S.C. § 666** |
| **LISA WALL,** | : | **(Theft From a Program Receiving Federal** |
| | : | **Funds)** |
| **Defendant.** | : | |

**I N F O R M A T I O N**

The United States informs the Court**:**

**COUNT ONE**

Introduction

At all times material to this Information:

  1. Washington Metropolitan Area Transit Authority ("WMATA") was an organization, government, or an agency that received, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of federal assistance.

  2. Defendant Lisa Wall was an agent or otherwise employed as an administrative assistant from in or about April 2003, through in or about June 2006, in the Office of Organization Development ("ODEV") at WMATA, in this District.

  3. Beginning in or about March 31, 2004, through in or about March 29, 2005, in the District of Columbia, Defendant Wall did knowingly and with the intent to injure and defraud, embezzle money from WMATA by on multiple occasions improperly falsifying WMATA Tuition

Reimbursement Request Forms that resulted in a monetary loss to WMATA of at least $5,000, the sum of which Defendant Wall converted to her own use.

**(Theft From a Program Receiving Federal Funds, in violation of l8 U.S.C. § 666)**

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar 498-610


By: _____
PRECIOUS MURCHISON
Assistant United States Attorney
United States Attorneys Office
MD Bar
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 307-6080