AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

———————————— DISTRICT OF ————————————

**FILED**

JUL 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

LISA WALL

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-115 (CKK)

I, _Lisa Wall_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _7/12/07_ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Colleen Kollar-Kotelly_
Judicial Officer