# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 07-115 (CKK)** |
| | : | |
| **LISA WALL,** | : | **FILED** |
| | : | |
| **Defendant.** | : | **JUL 1 2 2007** |

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

## STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, Defendant LISA WALL agrees and stipulates as follows:

Beginning in or about April 2003, through up to and including June 2006, Lisa Wall worked as an administrative assistant in the Office of Organization Development ("ODEV") at Washington Metropolitan Area Transit Authority ("WMATA"), in Washington, D.C. At all relevant times, WMATA was a government agency that received, in any one year period, benefits in excess of $10,000 pursuant to a Federal program involving grants, contracts, subsidies, loans, guarantees, insurance and other forms of Federal assistance.

At all times relevant to this matter, Lisa Wall was an agent or an employee-administrative assistant at WMATA, within the District of Columbia. Beginning in or about March 31, 2004, and continuing up to in or about March 29, 2005, while WMATA was in receipt of Federal assistance, Defendant Wall executed a fraudulent scheme to willfully embezzle, abstract, purloin and steal money, that is, checks, from WMATA by using her position as an administrative assistant to falsify WMATA Tuition Reimbursement Request Forms and Strayer University Invoices for Reimbursement, which resulted in the issuance by WMATA of nine checks, which Defendant Wall converted to her own use.

That is, WMATA issued nine tuition reimbursement checks totaling $15,000 based on the false and fraudulent Tuition Reimbursement Request Forms and Strayer University Invoices for Reimbursement created by Defendant Wall, and preliminarily approved by Defendant Wall for payment  These reimbursement checks were made payable to three different employees who were purportedly enrolled at Strayer University.  In fact, as Defendant Wall knew, these three employees were never enrolled at Strayer University.  Once issued, these checks were either cashed or deposited into a bank account, and Defendant Wall received the cash from those checks, and converted the money to her own use.  On multiple occasions from in or about March 31, 2004, and continuing up to in or about March 29, 2005, Defendant Wall willfully, knowingly and fraudulently took cash received from the checks in increments of approximately $3,000, $3,000, $1,500, $750, $ 750, $1,500, $1,500, $1,500, and $1,500, and converted the money for her own use.

On or about June 14, 2006, Metro Transit Police Detectives interviewed Defendant Wall after the falsified and fraudulent documents and the monetary loss was discovered by auditors of WMATA.  Defendant Wall admitted  that on multiple occasions she submitted false and fraudulent tuition reimbursement forms in the names of three WMATA employees, and that she converted the money she received from those checks to her own use.

Through her scheme, Defendant Wall has caused the loss of approximately $15,000 to

WMATA

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: _____
PRECIOUS MURCHISON
Assistant U.S. Attorney
MD Bar
555 4th Street, N.W.
Washington, D.C.  20530
(202) 307-6080

3

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.

Date: _____          _____
                                        Lisa Wall
                                        Defendant

I have discussed this Statement of Offense with my client, Ms. Wall. ~~I concur with her decision to stipulate~~ to this Statement of Offense. JB

Date: _____          _____
                                        Joe Beshouri, Esq.
                                        Counsel for the Defendant