UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : Criminal No. 07-115 (CKK) | **FILED** |
| : | JUL 1 2 2007 |
| LISA WALL, : | |
| : | NANCY MAYER WHITTINGTON, CLERK |
| Defendant. : | U.S. DISTRICT COURT |

**GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

I.  ELEMENTS OF THE OFFENSE:

The essential elements of the offense of Theft Concerning Programs Receiving Federal Funds, each of which the government must prove beyond a reasonable doubt, are:

  A.  That the defendant was an agent or employee of a government agency that received, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of federal assistance;

  B.  That the defendant did knowingly and with intent to injure and defraud, embezzle and convert to her own use property from that government agency; and

  C.  That the property taken had a value of $5,000 or more.

II.  COPY OF THE PLEA AGREEMENT:

A copy of the plea agreement, not yet executed by the defendant, is attached.

III.  PENALTIES:

The offense of Theft Concerning Programs Receiving Federal Funds carries a maximum

sentence of 10 years imprisonment pursuant to 18 U.S.C. § 666; a fine of $250,000 pursuant to 18 U.S.C. § 3571(b)(3), or a fine of twice the pecuniary gain or loss pursuant to 18 U.S.C. § 3571(d); a $100 special assessment pursuant to 18 U.S.C. § 3013(a)(2)(A); and a supervised release period of not more than three years pursuant to 18 U.S.C. § 3583(b)(2).

IV.  FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA:

A copy of the factual proffer, not yet executed by the defendant, is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

_____
Precious Murchison
Assistant United States Attorney
Maryland Bar
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4840
Washington, DC 20530
(202) 307-6080
precious.murchison@usdoj.gov