UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| vs. | : | CRIMINAL NO. 07-115<br>Judge Colleen Kollar-Kotelly |
| LISA WALL | : | |
| Defendant | : | |

**ORDER**

FILED
JUL 1 6 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

The probation office shall file its Presentence Report by no later than SEPTEMBER 20, 2007.

The parties shall file its Memorandum in Aid of sentencing by no later than OCTOBER 1, 2007 and it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on OCTOBER 24, 2007 AT 10:00 A.M.

IT IS SO ORDERED,

Date: July 16, 2007

Colleen Kollar-Kotelly
United States District Judge

cc: Chambers
Files
Probation
Precious Murchison, AUSA
Joseph Beshouri, 419 Seventh St., NW, #201, Washington, DC 20004