UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> v. : Criminal Action No. **07cr115** <br> : Judge Colleen Kollar-Kotelly <br> : <br> LISA WALL : <br> : <br> Defendant : <br> : | **FILED** <br> SEP - 7 2007 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

"AMENDED" ORDER

The probation office shall file its Presentence Report by no later than **SEPTEMBER 20, 2007**.

The parties shall file their Memorandum in Aid of Sentencing by no later than **OCTOBER 1, 2007**; and it is further

ORDERED that the Defendant shall be Sentenced on **OCTOBER 30, 2007, at 11:30 a.m.** in Courtroom 28A in the Annex; and it is further

ORDERED that the previously scheduled sentencing date of October 24, 2007 is hereby <u>vacated</u>.

_Sept. 7, 2007_
Date

_[signature]_
JUDGE COLLEEN KOLLAR-KOTELLY
United States District Judge

cc:   Chambers
      Courtroom Clerk
      Joseph Beshouri, Esq.
      Precious Murchison, AUSA
      Pretrial Services
      U.S. Probation Office