**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-115 (CKK)** |
| | : | |
| **v.** | : | |
| | : | |
| **LISA WALL,** | : | **SENTENCING: October 24, 2007** |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME TO FILE**
**GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING**

The United States, by and through its attorney, the United States Attorney for the District of

Columbia, respectfully moves this Court pursuant to Fed. R. Crim. P. 45(b)(1)(A) for an enlargement

of time in which to file its memorandum in aid of sentencing.  As grounds for this motion, the

government states as follows:

1.      On July 12, 2007, the parties appeared before the Court for a plea hearing, and the

Defendant pled guilty to one count of Theft Concerning Programs Receiving Federal Funds.  The

Court scheduled a sentencing date and directed the parties to file sentencing memoranda no later than

October 1, 2007.  Sentencing is currently scheduled for Wednesday, October 24, 2007 at 10 a.m..

2.      Due to the press of other obligations, including administrative responsibilities and

counsel's trial and court schedule, and because of recent illness, undersigned counsel is unable to

prepare the government's sentencing memorandum by October 1, 2007.  The government's

memorandum in aid of sentencing can be filed no later than October 5, 2007, four business days after

it was originally due.  Accordingly, the Defendant would not be prejudiced by the Government's late

filing its sentencing memorandum in this case.

3.      Undersigned counsel has left a voice mail message for counsel for the Defendant,

Joseph Beshouri, Esquire, informing him of the instant motion.

WHEREFORE, for the reasons stated above, the United States respectfully requests

that the Government's Motion for Enlargement of Time be granted and that the Court permit the

Government to file its memorandum in aid of sentencing by close of business on October 5, 2007.


Respectfully submitted,


JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610


_____/s/_____
PRECIOUS MURCHISON
Assistant United States Attorney
Maryland Bar
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-6080
Precious.Murchison@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO.  07-115 (CKK)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **LISA WALL,** | **:** | **SENTENCING: October 24, 2007** |
| | **:** | |
| **Defendant.** | **:** | |

## ORDER

UPON CONSIDERATION of the Government's Motion for Enlargement of Time to File

Government's Memorandum in Aid of Sentencing, and the record herein, the Court for the reasons

set forth in the Government's motion, and for good cause shown, it is hereby

ORDERED, that the Government's Motion is GRANTED, and it is further

ORDERED, that the Government's memorandum in aid of sentencing be filed before close

of business on October 5, 2007.


_____          _____
DATE                         COLLEEN KOLLAR-KOTELLY
                             UNITED STATES DISTRICT JUDGE