FILED

OCT - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-115 (CKK) |
| | : | |
| v. | : | |
| | : | |
| LISA WALL, | : | SENTENCING: October 24, 2007 |
| | : | |
| Defendant. | : | |

### ORDER

UPON CONSIDERATION of the Government's Motion for Enlargement of Time to File Government's Memorandum in Aid of Sentencing, and the record herein, the Court for the reasons set forth in the Government's motion, and for good cause shown, it is hereby

ORDERED, that the Government's Motion is GRANTED, and it is further

ORDERED, that the Government's memorandum in aid of sentencing be filed before close of business on October 5, 2007.

Oct 4, 2007
DATE

COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE