IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 07-CR- 115 |
| ) | |
| ) | |
| LISA WALL ) | |
| _____ | |

## CONSENT MOTION TO CONTINUE SENTENCING

The defendant, Lisa Wall, by and through undersigned counsel, respectfully moves this Court, with the consent of the Government, to briefly continue sentencing in the above-captioned matter.

In support thereof, the defendant states:

Sentencing in this matter is presently set for October 30, 2007. Sentencing memoranda have been filed by the parties and there would appear to be no issues in dispute.

Shortly after agreeing to a substitute sentencing date and time proposed by the Court (original sentencing date was set for October 24th), undersigned counsel was forced to schedule on that same date and time a presentation to the United States Attorney's Office for the District of Maryland in a matter pending death penalty authorization. That scheduling was forced due to internal deadlines within the Office of the United States Attorney General that were triggered once the District Court set a deadline by which death authorization would necessarily be decided.

Counsel spoke with Assistant United States Attorney Precious Murchison as to the above circumstances and was advised that the United States Attorney's Office would not oppose a continuance of the defendant's sentencing.

A date agreeable to the parties has been cleared with this Court's courtroom Clerk and a new sentencing date – November 15, 2007 – has been tentatively scheduled, pending this Court's approval.

WHEREFORE, for the foregoing reasons, the defendant respectfully moves this Court, with the consent of the government, to continue sentencing in this matter until November 15, 2007.

Respectfully submitted,

JOSEPH BESHOURI
419 - 7th Street, N.W.
Suite 405
Washington, D.C. 20004

Counsel for Lisa Wall

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Criminal Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 07-CR- 115 |
| | ) | |
| | ) | |
| LISA WALL | ) | |

_____

### **ORDER**

Upon review of this matter, now before the Court on the defendant's **Consent Motion to Continue Sentencing**, and with good cause having been shown, it is hereby

**ORDERED**, that the Motion is hereby **GRANTED**.

Sentencing will be reset for November 15, 2007, at 9:30 a.m.

**SO ORDERED**.

_____
JUDGE COLLEEN KOLLAR-KOTELLY

DATE _____

cc:  Joseph Beshouri
     419 - 7th Street, N.W.
     Suite 405
     Washington, D.C. 20004

     Precious Murchison, Esquire
     Office of the United States Attorney
     555 4th Street, N.W.
     Washington, D.C. 20530