IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Criminal Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 07-CR- 115 |
| | ) | |
| | ) | |
| LISA WALL | ) | |

**ORDER**

**FILED**

OCT **2 5** 2007

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

Upon review of this matter, now before the Court on the defendant's **Consent Motion to Continue Sentencing**, and with good cause having been shown, it is hereby

**ORDERED**, that the Motion is hereby **GRANTED**.

Sentencing will be reset for November 15, 2007, at 9:30 a.m.

**SO ORDERED**.

_____
JUDGE COLLEEN KOLLAR-KOTELLY

DATE _Oct. 25, 2007_

cc:  Joseph Beshouri
     419 - 7th Street, N.W.
     Suite 405
     Washington, D.C. 20004

     Precious Murchison, Esquire
     Office of the United States Attorney
     555 4th Street, N.W.
     Washington, D.C. 20530

