HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA : Docket No.: <u>07-CR-115</u>
:
vs. : SSN: _____
:
WALL, Lisa : Disclosure Date: <u>September 14, 2007</u>

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( X )  There are no material/factual inaccuracies therein.
(   )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          ___9/28/07___
Prosecuting Attorney                              Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
(   )  There are no material/factual inaccuracies therein.
(   )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____       _____  _____
Defendant                      Date              Defense Counsel                   Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>September 28, 2007</u>, to U.S. Probation Officer <u>Michael Penders</u>, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:  Gennine A. Hagar, Chief
     United States Probation Officer